ACCEPTED
04-15-00437-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/17/2015 8:10:23 AM
KEITH HOTTLE
CLERK

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
4828 LOOP CENTRAL DRIVE, SUITE 600
HOUSTON, TEXAS 77081
MAIN TELEPHONE: 713-844-3400

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/17/2015 8:10:23 AM    July 17, 2015
KEITH E. HOTTLE
Clerk

Via E-File

The Honorable Keith E. Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

      Re:    Case No. 04-15-00437-CV; *Larry A. Vick, et al., Appellant v. Floresville ISD, et al., Appellees.*

Dear Clerk:

Please be advised that I represent and serve as lead counsel for Appellees Wilson County, Rashay K. Chapa and Linebarger Goggan  Blair & Sampson, LLP in the above-referenced case. Accordingly, please change the record to reflect this designation and add the following contact information to your records:

> Edward J. (Nick) Nicholas
> Texas Bar No. 14991350
> Linebarger Goggan Blair & Sampson, LLP
> 4828 Loop Central Drive, Suite 600
> Houston, Texas 77081
> Direct: 713-844-3405
> Facsimile: 713-844-3504
> E-Mail: Nick.Nicholas@lgbs.com

Thank you for your assistance in this matter.  Please contact me if you have any questions.

Sincerely,

Nick Nicholas

Elizabeth G. Neally at eneally@wabsa.com
Elizabeth Guerrero-Southard at elizabeth.guerrero-southard@rampage-sa.com
Larry A. Vick – lv@larryvick.com

---

*Edward J. (Nick) Nicholas    Direct: 713-844-3405    Fax: 713-844-3504    Nick.Nicholas@lgbs.com*